177 A.3d 128

JAMES MONTAG, PLAINTIFF–RESPONDENT, v. BOROUGH OF HO–HO–KUS, STEVEN SHELL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS COUNCILMAN FOR THE BOROUGH OF HO–HO–KUS, DEFENDANTS–PETITIONERS.

C–437 September Term 2017
080057

December 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005315–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.